UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                 Case No: 10-43852-BKC-RBR

AKBAR MARVASTI

                                 Chapter 7

_____ Debtor _____/

## DEBTOR'S EX-PARTE MOTION TO REDACT AND  RESTRICT  PUBLIC ACCESS TO DEBTOR'S PAY ADVICES D.E. #7

      Akbar Marvasti, the Debtor herein by and through the undersigned counsel, file this Ex-Parte Motion to Redact and Restrict Public Access to Debtor's Pay Advices (DE #7) and states as grounds the following:

      1. On November 1, 2010, the Debtor filed a voluntary Chapter 7 petition under Title 11 of the United States Code

      2.  Mr. Marvasti's payment advices reflect his full Social Security Number.  Undersigned counsel was not aware of this and inadvertently did not redact the numbers. The Debtor is respectfully requesting that the Court authorize and direct the Clerk's office to take such steps as are necessary and appropriate to restrict access to the publicly available Payment Advices (DE 7) by replacing them with a redacted version. A copy of the redacted Payment Advices are attached.

      3.  The relief requested herein is authorized under Bankruptcy Rule 9037 (as well as under Section 105 and 107 of the Bankruptcy Code).  Rule 9037 grants the Court the power, for cause, to "require redaction of additional information" or to "limit or prohibit a nonparty's remote electronic access to a document filed with the court." Fed.R.Bankr.P.9037(d); *see also* 11 U.S.C § 105 (a) (Court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title"); § 107 (b) (Court "may protect an individual" with respect to information, the disclosure of which "would create undue risk of identity theft").

      WHEREFORE, the Debtor requests this Court to enter an Order Redacting and Restricting Public Access to the Debtors' Payment Advices (DE #7) and for such further relief this Court deems just and proper.

I hereby certify that a true copy has been served to the Office of the US Trustee and the Chapter 7 Trustee, Leslie Osborne on this 8th day of November, 2010 and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SUSAN D. LASKY, P.A.
Attorneys for Debtor
2101 N. Andrews Avenue Suite 405
Wilton Manors,  FL  33311
(954) 565-5854 (Broward)
(954) 462-7979 (Facsimile)
SlaskyLBRPA@bellsouth.net

BY:_____
    SUSAN D. LASKY
    Florida Bar No.:  451096

Mailing List:

Office of the US Trustee -served via ECF

Leslie Osborne, Trustee- served via ECF

EPP Print

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

33924 - 4448

FORM AD-334
USDA
(REV. 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| | 09/26/2010  10/09/2010 | 20 | 54-12-2010-09-02 | 1400 | 54-30-31-0000 | 1531 | ZP | 03 | 03 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| 94,645.00 | PA | F/T | 08/02/2010 | 145.10 | **STATEMENT OF EARNINGS AND LEAVE** |

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR. TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72.00 | 384.00 | 3285.20 | 17414.40 |
| 50 | CREDIT HOURS | 8.00 | 8.00 | 362.80 | 382.80 |
| 66 | OTHER LEAVE | | 8.00 | | 362.80 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 3628.00 | 18140.00 |
| 75 02 | RETIREMENT | | | 29.02 | 145.10 |
| 75 15 | TSP-FERS | | | 181.40 | 725.60 |
| 78 | SOCIAL SECURITY (OASDI) | | | 219.93 | 1099.65 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 638.81 | 3317.19 |
| 81 | FEGLI- COVERAGE   $97,000 | | | 14.55 | 72.75 |
| 82 | OPT FEGLI-AGE BRACKET 6 | | | 26.60 | 106.40 |
| 83 | FEHBA : ENROLL CODE: 104 | | | 80.81 | 404.05 |
| 76 | MEDICARE TAX WITHHELD | | | 51.43 | 257.15 |
| 99 09 | COLL FOR QUICK SERVICE | | | | 2525.00 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 1240.55 | 8652.89 |
| ** ** | ************** NET PAY ************** | | | 2387.45 | 9487.11 |
| ** ** | DD/EFT ROUTING NO. 111000614 | | | | |

| BOND ACCOUNT | | | | | |
|---|---|---|---|---|---|
| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| YEAR TO DATE LEAVE STATUS | | | | | | |
|---|---|---|---|---|---|---|
| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
| ANN | 20 | | 20.00 | | | 240.00 |
| SICK | 20 | | 20 | | | LEAVE CATEG |
| COMP | | | | | | 4 |

REMARKS

NAME AND ADDRESS

Official Pay Date    10/21/2010

*AKBAR MARVASTI*
*9440 TANGERINE PLACE*
*APT 401*
*DAVIE, FL 33324-4448*

| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | | | | | 33324 | - | 4448 | FORM AD-334 |
|---|---|---|---|---|---|---|---|---|

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | USDA (REV. 10/97) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/12/2010  09/25/2010 | 19 | 54-12-2010-09-02 | 1400 | 54-30-31-0000 | 1531 | ZP | 03 | 03 | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| 94,645.00 | PA | F/T | 08/02/2010 | 116.08 | |

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 80.00 | 312.00 | 3628.00 | 14149.20 |
| 66 | OTHER LEAVE | | 8.00 | | 362.80 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 3628.00 | 14512.00 |
| 75 02 | RETIREMENT | | | 29.02 | 116.08 |
| 75 15 | TSP-FERS | | | 181.40 | 544.20 |
| 76 | SOCIAL SECURITY (OASDI) | | | 219.93 | 879.72 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 636.81 | 2680.38 |
| 81 | FEGLI-COVERAGE1 $97,000 | | | 14.55 | 58.20 |
| 82 | OPT FEGLI-AGE BRACKET 6 | | | 26.60 | 79.80 |
| 83 | FEHBA - ENROLL CODE 104 | | | 80.81 | 323.24 |
| 97 | MEDICARE TAX WITHHELD | | | 51.43 | 205.72 |
| 99 09 | COLL FOR QUICK SERVICE | | | | 2525.00 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 1240.55 | 7412.34 |
| ** ** | ************* NET PAY ************* | | | 2387.45 | 7099.66 |
| | DD/EFT ROUTING NO. 111000814 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM-INATION | DEDUC-TION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 16 | | 16.00 | | | 240.00 |
| SICK | 16 | | 16 | | | LEAVE CATEG |
| COMP | | | | | | 4 |
| | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date    10/07/2010

AKBAR MARVASTI
9440 TANGERINE PLACE
APT 401
DAVIE, FL 33324-4448

**NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION**

33324 - 4448

**FORM AD-334**
**USDA**
(REV. 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| | 08/29/2010   09/11/2010 | 18 | 54-12-2010-09-02 | 1400 | 54-30-31-0000 | 1531 | ZP | 03 | 03 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| 94,645.00 | PA | F/T | 08/02/2010 | 87.06 | |

**EARNINGS AND DEDUCTIONS**

| CODE | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72.00 | 232.00 | 3265.20 | 10521.20 |
| 66 | OTHER LEAVE | 8.00 | 8.00 | 362.80 | 362.80 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 3628.00 | 10884.00 |
| 75 02 | RETIREMENT | | | 29.02 | 87.06 |
| 75 15 | TSP-FERS | | | 181.40 | 362.80 |
| 76 | SOCIAL SECURITY (OASDI) | | | 219.93 | 659.79 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 636.81 | 2043.57 |
| 81 | FEGLI COVERAGE : $97,000 | | | 14.55 | 43.65 |
| 82 | OPT FEGLI-AGE BRACKET 6 | | | 26.60 | 53.20 |
| 83 | FEHBA - ENROLL CODE 104 | | | 80.81 | 242.43 |
| 97 | MEDICARE TAX WITHHELD | | | 51.43 | 154.29 |
| 99 09 | COLL FOR QUICK SERVICE | | | | 2525.00 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 1240.55 | 6171.79 |
| ** ** | ************** NET PAY ************** | | | 2387.45 | 4712.21 |
| | DD/EFT ROUTING NO. 111000614 | | | | |

| | | | | BOND ACCOUNT | | | | YEAR TO DATE LEAVE STATUS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O | | |
| | | | | | | ANN | 12 | | 12.00 | | | 240.00 | | |
| | | | | | | SICK | 12 | | 12 | | | LEAVE CATEG | | |
| | | | | | | COMP | | | | | | 4 | | |

REMARKS

$   .00   GRO ADJ-PP 1016-1016
$   .00   NET ADJ-PP 1016-1016

NAME AND ADDRESS

Official Pay Date    09/23/2010

AKBAR MARVASTI
9440 TANGERINE PLACE
APT 401
DAVIE, FL 33324-4448

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

33324 - 4448

FORM AD-334
USDA
(REV. 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬▬▬ | 08/15/2010  08/28/2010 | 17 | 54-12-2010-09-02 | 1400 | 54-30-31-0000 | 1531 | ZP | 03 | 03 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| 94,645.00 | PA | F/T | 08/02/2010 | 58.04 | |

**EARNINGS AND DEDUCTIONS**

| CODE | DESCRIPTION | P/P HOURS | YR. TO DATE HOURS | P/P AMOUNT | YR TO DATE AMOUNT |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 160.00 | 160.00 | 7256.00 | 7256.00 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 160.00 | | 7256.00 | 7256.00 |
| 75 02 | RETIREMENT | | | 58.04 | 58.04 |
| 75 15 | TSP-FERS | | | 181.40 | 181.40 |
| 76 | SOCIAL SECURITY (OASDI) | | | 439.86 | 439.86 |
| 77 | FEDERAL TAX EXEMPTS S00 | | | 1406.76 | 1406.76 |
| 81 | FEGLI COVERAGE $97,000 | | | 29.10 | 29.10 |
| 82 | OPT FEGLI AGE BRACKET 8 | | | 26.60 | 26.60 |
| 83 | FEHBA - ENROLL CODE 104 | | | 161.62 | 161.62 |
| 97 | MEDICARE TAX WITHHELD | | | 102.86 | 102.86 |
| 99 09 | COLL FOR QUICK SERVICE | | | 2525.00 | 2525.00 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 4931.24 | 4931.24 |
| ** ** | *********** NET PAY ************ | | | 2324.76 | 2324.76 |
| ** ** | DD/EFT ROUTING NO. 111000614 | | | | |

**BOND ACCOUNT**

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

**YEAR TO DATE LEAVE STATUS**

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 8 | | 8.00 | | | 240 00 |
| SICK | 8 | | 8 | | | LEAVE CATEG |
| COMP | | | | | | 4 |
| | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date    09/09/2010

AKBAR MARVASTI
9440 TANGERINE PLACE
APT 401
DAVIE, FL 33324-4448