

**ORDERED in the Southern District of Florida on November 10, 2010.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

AKBAR MARVASTI

Case No: 10-43852-BKC-RBR

Chapter 7

_____Debtor_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO DEBTOR'S PAY ADVICES D.E. #7

THIS CAUSE having come before the court on the debtors' Ex-Parte Motion to Redact and Restrict Public Access to Debtors' Pay Advices (DE #7), the court having reviewed the filings, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

1. The Debtors' Motion to Redact and Restrict Public Access to Debtors' Payment Advices is GRANTED.

2. The Clerk shall restrict access to the current payment advices (DE #7) and replace them with the redacted payment advices attached to the Motion.

# # #

(Attorney Susan D. Lasky is directed to serve a copy of this order upon all parties entitled to service thereof).

Mailing List:

Office of the US Trustee -served via ECF

Leslie Osborne, Trustee- served via ECF